IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:13-cr-0514-AKK |
| | ) |
| KENDALL ADAM HESTER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed a report on March 12, 2014, recommending that the court deny Defendant's motion to suppress. *See* doc. 20. The Defendant timely filed objections. Doc. 22. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the transcript of the hearing the magistrate judge held, doc. 27, and Defendant's objections, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's Motion to Suppress, doc. 11, is **DENIED.**

Done this the 14th day of April 2014.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE